IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LESLIE T. GLADSTONE, AS TRUSTEE )
OF THE WILLIAM G. TADBLOCK, INC. )
BANKRUPTCY ESTATE, )
)
Plaintiff, )
) No. 04-1144C
v. ) (Judge Nancy B. Firestone)
)
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Leslie Cayer Ohta as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

______________________________

Leslie Cayer Ohta
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
(202) 307-0252
(202) 514-8624 (Fax)
leslie.ohta@usdoj.gov

July 20, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2004, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Leslie Cayer Ohta