IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADBLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | No. 04-1144C |
| v. | ) | (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests an enlargement of time of 60 days, to and including November 12, 2004, within which to respond to plaintiff's complaint. Our response is currently due on September 13, 2004. This is our first request for an enlargement of time for this purpose. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. Additional time is needed by the agency to review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report. Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's

complaint to and including November 12, 2004.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

August 24, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2004, a copy of the foregoing Defendant's Unopposed Motion for Extension of Time To Respond To Plaintiff's Complaint was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

/s/ Leslie Cayer Ohta

________________________________________