# In the United States Court of Federal Claims

**04-1144C**

**Filed: 8/25/2004**

**LESLIE T. GLADSTONE, AS TRUSTEE OF**
**THE WILLIAM G. TADLOCK, INC.**
**BANKRUPTCY ESTATE**

**v.**

**THE UNITED STATES**

## NOTICE

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 8/24/04 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court