**No. 04-1144C**
**(Filed: September 2, 2004)**

* * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The above-captioned case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. On July 13, 2004, the Clerk of the Court issued a Notice of Designation informing attorneys of record that in order to file documents and receive service in CM/ECF, attorneys must have a CM/ECF account. The Notice further explained that a CM/ECF account login and password would be issued only to members of the United States Court of Federal Claims bar who have passed a certification test. Plaintiff's attorney shall have until **September 16, 2004**, to establish a CM/ECF account or the court will issue a show cause order asking why the case should not be dismissed for failure to prosecute. The Clerk's Office is directed to mail a copy of this order to plaintiff's attorney of record.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge