# In the United States Court of Federal Claims

**No. 04-1144C**
**(Filed: January 24, 2005)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **LESLIE T. GLADSTONE, as** | * |
| **TRUSTEE of THE WILLIAM G.** | * |
| **TADLOCK, INC. BANKRUPTCY** | * |
| **ESTATE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the January 24, 2005 Joint Preliminary Status Conference, the court hereby establishes the following discovery schedule:

| | |
|---|---|
| **Tuesday, March 1, 2005** | Exchange of documents; |
| **Monday, August 1, 2005** | Completion of fact discovery; |
| **Wednesday, August 31, 2005** | Exchange of expert reports; |
| **Thursday, December 1, 2005** | Completion of expert discovery. |

The court further **SCHEDULES** a status conference for **Thursday, April 7, 2005, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for the plaintiff at (619) 239-3600; counsel for the defendant at (202) 307-0252. The court will initiate the call.

**IT IS SO ORDERED.**

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink