# In the United States Court of Federal Claims

**No. 04-1144C**
**(Filed: June 7, 2005)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Based on the June 7, 2005 telephonic status conference, the court modifies the discovery schedule as follows:

| | |
|---|---|
| **Monday, October 3, 2005** | Completion of fact discovery; |
| **Wednesday, November 2, 2005** | Exchange of expert reports; |
| **Wednesday, February 15, 2006** | Completion of expert discovery. |

The court will contact the parties at the completion of discovery to schedule an additional status conference.

**IT IS SO ORDERED.**

s/ Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink