# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | No. 04-1144C (Judge Nancy B. Firestone) (ADR Senior Judge Bruggink) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF FACT DISCOVERY DEADLINE

Plaintiff Leslie T. Gladstone, as Trustee of the William G. Tadlock, Inc. Bankruptcy Estate, plaintiff in this matter, respectfully requests the court to enlarge the fact discovery deadline by about three months, to and including January 16, 2006, as a result of the following developments:

The fact discovery deadline in this matter was originally scheduled for October 3, 2005, pursuant to a Scheduling Order issued by the Honorable Nancy B. Firestone, Judge of this Court, on June 7, 2005. That Scheduling Order modified a prior discovery schedule, so that the outside dates for obligations in this matter would coincide with those of the related case, United States Code of Claims Case No. 04-1145C, "Gladstone II."

On August 23, 2005, this court granted the Defendant's Unopposed Motion for Enlargement of Discovery deadline in that Gladstone II matter, extending discovery in that matter until January 15, 2006. Defendant's motion had been filed by the Defendant on August 5, 2005. However, that order did not reference this litigation, Case No. 04-1144C, "Gladstone I."

In the meantime, counsel for the Plaintiff, Richard J. Annen, Esq., was required to go out of state on short notice for an extended period, due to the sudden illness and untimely death of his father. Accordingly, extensions to immediate discovery obligations were requested, and granted. Mr. Annen was subsequently required to take a second trip to Michigan to attend to pressing family issues subsequent to his father's death. As a result of these absences, pending discovery under preparation could not be served. In addition, Mr. Annen's trial and arbitration schedule will render him unavailable for most of the months of October and November 2005.

Because the court intended for the outside deadlines for Gladstone I to coincide with those of Gladstone II, because the deadline for fact discovery has been extended in Gladstone II effectively until January 16, 2006, and because the above-described unavailability of the Plaintiff's counsel has rendered it impossible to complete pending discovery under prepartation by the October 3, 2005 deadline, the Plaintiff respectfully requests that the outside date for discovery in Case No. 04-1144C,

*Gladstone v. United States* ("Gladstone I"), be extended as well through and until January 16, 2006, for the completion of pending discovery.

The requested extension should not affect the other existing dates in this matter. Defendant's counsel has indicated she does not object to the granting of the motion.

For the reasons stated above, the Plaintiff respectfully requests that the court enlarge the time to complete fact discovery in this matter by about three months, to and including January 16, 2006.

Respectfully submitted.

Dated: September 22, 2005

By: /s/ Richard J. Annen

SPARBER RUDOLPH ANNEN, APLC
Richard J. Annen, Esq.
701 "B" Street, Suite 1000
San Diego, CA 92101-8109
Telephone: (619) 239-3600
Facsimile: (619) 239-5601
Email: rannen@sparberlaw.com
Attorneys for Plaintiff Leslie T. Gladstone, As Trustee of the William G. Tadlock, Inc. Bankruptcy Estate

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2005, a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Fact Discovery Deadline was filed electronically. I understand that notice of this filing will be sent to all parties of the record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Richard J. Annen