# In the United States Court of Federal Claims

**No. 04-1144C**
**(Filed: September 26, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Plaintiff's unopposed motion, filed September 22, 2005, for an enlargement of time of fact discovery is **GRANTED**. Accordingly, fact discovery shall close on **January 16, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink