IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1144C (Judge Nancy B. Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO EXCHANGE EXPERT REPORTS

Pursuant to Rule 6(b) of the Court of Federal Claims, the United States respectfully requests an enlargement of time of time, to and including February 14, 2006, within which to exchange expert reports, and to and including March 31, 2006, within which to take expert depositions. The date set for the exchange of expert reports in the June 7, 2005 scheduling order is November 2, 2005; and the deadline within which to complete all fact witness discovery was October 3, 2005. By order dated September 26, 2005, the deadline to complete fact witness discovery was extended until January 16, 2006. This is our second request for an enlargement of time to complete discovery. Counsel for both parties have discussed this motion, and plaintiff's counsel has indicated that there is no objection to the granting of this motion.

The United States requests this enlargement of time because the deadline for the completion of fact witness discovery has been extended until January 16, 2006. The original scheduling order required that the expert reports be exchanged by November 3, 2005, that is, 30 days after the completion of fact witness discovery originally set for October 3, 2005. Accordingly, we respectfully request the Court to enlarge the time to exchange expert

reports to and including February 14, 2006, or 30 days after the deadline to complete fact witness discovery, and to extend the time to take expert depositions to March 31, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

October 21, 2005

Attorneys for Defendant