# In the United States Court of Federal Claims

**No. 04-1144C**
**(Filed: October 26, 2005)**

* * * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Defendant's unopposed motion, filed October 21, 2005, for an enlargement of time to exchange expert reports and to take expert depositions is **GRANTED**. Accordingly, the discovery deadlines are as follows:

| | |
|---|---|
| **January 16, 2006** | Deadline to complete fact discovery |
| **February 14, 2006** | Deadline for parties to exchange expert reports |
| **March 31, 2006** | Deadline for completion of expert depositions |

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink