IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE GLADSTONE, AS TRUSTEE OF WILLIAM G. TADLOCK, INC., BANKRUPTCY ESTATE, | ) | No. 04-1144 C |
| Plaintiff, | ) | (Nancy Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant respectfully submits this status report to apprise the Court of the current posture of this case. The parties have been authorized to settle this matter. However, because of the necessity of obtaining the final approval of the Bankruptcy Court, there will be some delay in filing the stipulation of voluntary dismissal. The contents of this status report have been communicated to counsel for plaintiff and he has indicated that he has no objection to the filing of this report.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

January 9, 2006

Attorneys for Defendant