# In the United States Court of Federal Claims

**No. 04-1144C**
**(Filed: January 12, 2006)**

* * * * * * * * * * * * * * * * * *

**LESLIE T. GLADSTONE, as TRUSTEE of THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the defendant's status report, filed January 9, 2006, indicating that the parties have been authorized to settle this matter but require additional time to obtain final approval of the Bankruptcy Court. Accordingly, the above-captioned case is **STAYED**. The parties shall file either a joint status report or a stipulations of voluntary dismissal by **Friday, March 10, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink