**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | |
| **Plaintiff,** | |
| **vs.** | No. 04-1144C<br>(Judge Nancy B. Firestone)<br>(ADR Senior Judge Bruggink) |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff respectfully submits this status report to apprise the Court of the current status of this case.

The Parties have agreed to the terms of settlement. Defendant signed the Settlement Agreement for this matter on February 23, 2006. Plaintiff is required to obtain final approval of this Settlement from the Bankruptcy Court, which must be accomplished through a noticed motion, before plaintiff can sign the Settlement Agreement. Plaintiff has filed a motion for approval of the Settlement Agreement with the Bankruptcy Court and anticipates a hearing on that motion to be calendared expediently.

Plaintiff will update the Court with the date and status of the hearing on that motion as soon as that information is ascertained.

/ / /

The contents of this status report have been communicated to counsel for defendant, who has indicated that defendant has no objection to the filing of this report.

Dated: March 9, 2006

By: Richard Annen

SPARBER RUDOLPH ANNEN, APLC
Richard J. Annen, Esq.
701 "B" Street, Suite 1000
San Diego, CA 92101-8109
Telephone: (619) 239-3600
Facsimile: (619) 239-5601
Email: rannen@sparberlaw.com
Attorneys for Plaintiff Leslie T. Gladstone, As Trustee of the William G. Tadlock, Inc. Bankruptcy Estate

Richard J. Annen, Esq. (#91956)
SPARBER RUDOLPH ANNEN, APLC
701 "B" Street, Suite 1000
San Diego, CA 92101
Tel: (619) 239-3600
Fax: (619) 239-5601

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LESLIE T. GLADSTONE, AS TRUSTEE OF The WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 04-1144C ("Gladstone I")<br><br>(Judge Nancy B. Firestone)<br>(ADR Senior Judge Bruggink)<br><br>**DECLARATION OF SERVICE** |

The undersigned declare as follows:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 701 "B" Street, Suite 1000, San Diego, California 92101.

On the date indicated below, I served a true and correct copy of the following documents on the parties identified below:

**PLAINTIFF'S STATUS REPORT**

The document(s) were served by:

**( √ ) BY FIRST CLASS MAIL:** I declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business; and that a true copy was placed in a separate envelope, with postage thereon fully prepaid for first class mailing to each addressee named hereafter:

**<u>Attorney for Defendant The United States</u>:**

Leslie Cayer Ohta, Esq.
Trial Attorney, Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 "L" Street, NW
Washington, DC 20530

Telephone: (202) 307-0252
Facsimile: (202) 514-8624

( ) **BY FACSIMILE:** I declare that I served the above named documents by facsimile transmission during usual office hours **from facsimile number (619) 239-5601**, to a facsimile machine maintained by the person on whom it is served listed below, and that the transmission was reported as complete and without error. Thereafter, I mailed (by first-class mail, postage prepaid) a true copy to each addressee named hereafter:

**Attorney for Defendant The United States:**

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Facsimile: (202) 514-8624

( ) **BY EXPRESS SERVICE CARRIER FOR OVERNIGHT MAIL (FEDEX):** I declare that by means of delivery providing for overnight delivery, I deposited a true copy of the above documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, to each addressee named hereafter:

**Attorney for Defendant The United States:**

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 "L" Street, NW
Washington, DC 20005

Telephone: (202) 307-0252
Facsimile: (202) 514-8624

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 10, 2006, at San Diego, California.

Linda S. Green