**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **LESLIE T. GLADSTONE, AS TRUSTEE OF THE WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,** | |
| **Plaintiff,** | |
| **vs.** | No. 04-1144C<br>(Judge Nancy B. Firestone)<br>(ADR Senior Judge Bruggink) |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff respectfully submits this status report to apprise the Court of the current status of this case, referred to by the parties as "Gladstone I" or "Tadlock: Pendleton." Plaintiff anticipates that this case will be finally resolved and dismissed in the near future.

The Parties agreed to the terms of settlement for this matter and reduced those terms to a Settlement Agreement. Defendant signed the Settlement Agreement on February 23, 2006. Plaintiff was required to obtain final approval of this Settlement from the Bankruptcy Court, and Plaintiff applied for that approval.

Pursuant to operative statute, the Bankruptcy Court required Plaintiff to notify all known creditors of the settlement of this matter, to give the creditors opportunity to lodge any objections to the settlement. Plaintiff so notified all known creditors. The outside date for creditors to lodge

objections to the settlement was June 6, 2006. Because no objections were lodged with the Bankruptcy Court by June 6, 2006, the settlement is effectively deemed approved and will be approved by the Bankruptcy Court upon its issuance of a signed order approving the settlement.

Plaintiff has prepared an order for the appropriate Bankruptcy Court judge's signature to approve the settlement and has submitted that prepared order to the Bankruptcy Court. Upon the issuance of that order by the Bankruptcy Court, Plaintiff will be authorized to sign the Settlement Agreement and the parties will be enabled to finalize the settlement. Upon the happening of those events, Plaintiff will file a formal dismissal of this matter with this court.

Plaintiff anticipates that the Bankruptcy Court will issue its order approving the settlement in the near future.

The contents of this status report have been communicated to counsel for the defendant.

Dated: June 13, 2006 By: ______________________

SPARBER RUDOLPH ANNEN, APLC
Richard J. Annen, Esq.
701 "B" Street, Suite 1000
San Diego, CA 92101-8109
Telephone: (619) 239-3600
Facsimile: (619) 239-5601
Email: rannen@sparberlaw.com
Attorneys for Plaintiff Leslie T. Gladstone, As Trustee of the William G. Tadlock, Inc. Bankruptcy Estate

Richard J. Annen, Esq. (#91956)
SPARBER RUDOLPH ANNEN, APLC
701 "B" Street, Suite 1000
San Diego, CA 92101
Tel: (619) 239-3600
Fax: (619) 239-5601

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LESLIE T. GLADSTONE, AS TRUSTEE OF The WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 04-1144C ("Gladstone I")<br><br>(Judge Nancy B. Firestone)<br>(ADR Senior Judge Bruggink)<br><br>**DECLARATION OF SERVICE** |

The undersigned declare as follows:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 701 "B" Street, Suite 1000, San Diego, California 92101.

On the date indicated below, I served a true and correct copy of the following documents on the parties identified below:

**PLAINTIFF'S STATUS REPORT**

The document(s) were served by:

**( ) BY EXPRESS SERVICE CARRIER FOR OVERNIGHT MAIL (FEDEX):** I declare that by means of delivery providing for overnight delivery, I deposited a true copy of the above documents in an envelope or package designated by the express service carrier with delivery fees paid or provided for, to each addressee named hereafter:

/ / /

/ / /

**Attorney for Defendant The United States:**

Leslie Cayer Ohta, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 "L" Street, NW
Washington, DC 20005
Telephone: (202) 307-0252
Facsimile: (202) 514-8624

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 13, 2006, at San Diego, California.

/s/ Linda S. Green
Linda S. Green