# In the United States Court of Federal Claims

**No. 04-1144C**
**(Filed: June 15, 2006)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **LESLIE T. GLADSTONE, as** | * |
| **TRUSTEE of THE WILLIAM G.** | * |
| **TADLOCK, INC. BANKRUPTCY** | * |
| **ESTATE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the plaintiff's status report, filed June 13, 2006, indicating that plaintiff anticipates that the Bankruptcy Court will approve the settlement and will issue an order authorizing plaintiff so sign the settlement agreement. Accordingly, the above-captioned case is **STAYED**. The parties shall file either a joint status report or a stipulations of voluntary dismissal by **Monday, August 14, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge