IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LESLIE GLADSTONE, AS TRUSTEE OF WILLIAM G. TADLOCK, INC. BANKRUPTCY ESTATE, | ) | |
| Plaintiff, | ) | 04-1144C (Nancy B. Firestone) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1), the parties stipulate and agree to dismiss this action upon payment by the United States in accordance with the Settlement Agreement with prejudice and without costs, attorney fees, or expenses against any party.

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Richard J. Annen
RICHARD J. ANNEN, ESQ.
Sparber Rudolph Annen, APLC
701 B Street, Suite 1000
San Diego, CA 92101-8109
619-239-3600
619-239-5601 (Fax)

Attorneys for Plaintiff

Dated: July 25, 2006

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: July 18, 2006